(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __David M. Williams__  __173211__
  (Name of Plaintiff)    (Inmate Number)

__1181 Paddock Road, Smyrna De 19977__
  (Complete Address with zip code)

(2) _____  _____
  (Name of Plaintiff)    (Inmate Number)

__05 - 597__
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Thomas Carroll__
(2) __Dennis Spencer__
(3) _____
  (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__05-386, GMS, §2254 petition. Prior__
__in forma pauperis, Granted in above mentioned__
__case 05-386-GMS.__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  ••Yes  ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  (•Yes)••No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed a grevience on the matters.

2. What was the result? none.

D. If your answer to "B" is No, explain why not: the grevience Chairperson never responded.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Thomas Carroll, Warden
Employed as Warden at Dept. of Corrections
Mailing address with zip code: 1181 Paddock Road, Smyrna DeLAware, 19977

(2) Name of second defendant: Dennis Spencer
Employed as Greentree Counselor at Dept. of Corrections
Mailing address with zip code: 1181 Paddock, Road, Smyrna DeLAware, 19977

(3) Name of third defendant: Department of Corrections
Employed as State of DeLAware at DeLAware
Mailing address with zip code: 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 3-25-04, D.C.C., Placed me in a Cell with a person named Von Simpson, who was H.I.V.) Possitive and was bleeding from the rectum, and had to have me

2. Change his Sheet's, and expose me to his aids. I was sick from smelling his blood with fecal matter, Constantly. Then I was Classified to Greentree program, from D-Building, to W-1, but I was Sent to V-

3. Building Greentree, which I Completed in 1995, the Stipulation was W-1, because I already Completed the V-Building Greentree, now I'm Housed in maximum Security for nothing.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to go to the program I was Classified to at W-1, and I want $100,000, for putting me in a cell with a person who has HIV, and I had to Change his sheets after

3

2. he shit blood on them, and I requested to be moved, but couldn't for 4 days, and I was getting sick from looking at that blood on his sheets and breathing that smell, and was weakend.

3. MR. Dennis Spencer, signed my name on an application for greentree program at V-Building, I never gave him the ok to forge my name on an application, application required to complete program must be signed by inmate, not counselor.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of August, 2005.

David M. Williams, 173211, MHU-23
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M Da[...]
SBI# 173[...]
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District Court
844 N. King St., Lock Box 18
Wilmington, Delaware
19801-3570

"Legal Mail"