**STHMUS, JULY / AUGUST 2005**

Exhibit A, 1 *

# Treatment Programs & Groups

Alcoholics Anonymous (AA) .................................................................................................................... Counselor Leona Minor
Alternative to Violence Program (AVP) (compound and MHU 22 and 23) ............................................. Counselor Linda Kemp
   *1. Basic  2. Advanced  3. Bias Awareness  4. Manly Awareness  5. Forgiveness  6. Trainer for Trainers  7. Houses of Healing  8. Anger Management*
Evening Greentree (W. T1, and T2 buildings only) ..................................................................................... Counselor Dennis Spence
Family Problems (Application Required, E building only) ........................................................ Counselors Kenny Milbourne & Mike McMahon
Greentree (Application Required, V building only) ............................................................... Counselors Shirley Hickey & Dennis Spence

| Orientation | Frustration/Ventilation | *You, Drugs, & Effects* | *Phase III* | Bible Study | Hot Seat | *Spanish Class* |
| D.U.I. Recovery | Positive Image | *Phase I* | *12 Step* | Core Issues | Medication | *Special Group* |
| Friends in Need | Principles of Recovery | *Phase II* | *Accelerated* | Family Issues | Relapse Prevention | |

Gamblers Anonymous (GA) ....................................................................................................................... Counselor Tawanaya Hopkins
HIV Disease Information ........................................................................................................................... Counselor Veronica Conte

*The Isthmus (C--*

PAGE 23

05-597