In THE United States District Court
For THE District of Delaware

David M. Williams,
    Plaintiff

V.

Thomas Carroll, Dennis Spencer. Department of Corrections.
    Defendants.

Civil Act. no 05-597-GMS



FILED
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Plaintiff David M. Williams, Request the Del. District Court, for the Honorable Gms, to apply the Case of 69 F.3d, 1383, Robert A. Cornell, Appellee/Cross Appellant, v. Charles Woods; Harold Kropp; Charles Harper; U.S C.A, Amend 1.

Plaintiff also states he has Limited access to Law Library to do Research.

Plaintiff, prays This Honorable Court Grant Him the Relief He is entitled to according to the Laws of the State of Delaware And the Laws of the U.S. Constitution.

    Respectfully Submitted.
    9-20-05



David M. Williams
73211  UNIT MHU-23 A-L-7
DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St., Lock Box -18
Office of the Clerk
Wilmington, Delaware 19801-3570