# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-597

TO: David Williams  SBI#: 173211

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: September 16, 2005

---

Attached are copies of your inmate account statement for the months of March 1, 2005 to August 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| March | 8.23 |
| April | 14.66 |
| May | .10 |
| June | 0 |
| July | 10.70 |
| Aug | 1.66 |

Average daily balances/6 months: 5.88

Attachments
CC: File

Stacy Shane
9/16/05

Notary public
9/16/05

FILED
SEP 2 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Individual Statement

Date Printed: 9/15/2005 Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.75 |
|---|---|---|---|---|---|---|
| 00173211 | Williams | David | M | | | |
| Current Location: | 23 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2005 | $8.64 | $0.00 | $0.00 | $9.39 | 74813 | | | |
| Canteen | 3/3/2005 | ($8.60) | $0.00 | $0.00 | $0.79 | 76584 | | FS1/24-2/23 | |
| Canteen | 3/4/2005 | $8.60 | $0.00 | $0.00 | $9.39 | 77234 | | REFUND | |
| Canteen | 3/10/2005 | ($9.36) | $0.00 | $0.00 | $0.03 | 79852 | | | |
| Mail | 3/28/2005 | $50.00 | $0.00 | $0.00 | $50.03 | 86150 | 46049179088 | | A FORREST |
| Canteen | 3/31/2005 | ($21.58) | $0.00 | $0.00 | $28.45 | 87746 | | | |
| | | | | Ending Mth Balance: | $28.45 | | | | |

# Individual Statement

## For Month of April 2005

Date Printed: 9/15/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $28.45 |
|---|---|---|---|---|---|---|
| 00173211 | Williams | David | M | | | |
| Current Location: | 23 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Medical | 4/8/2005 | $0.00 | ($6.00) | $0.00 | $28.45 | 91689 | | 4/5/05 | |
| Medical | 4/8/2005 | ($6.00) | $0.00 | $0.00 | $22.45 | 91980 | | 4/5/05 | |
| Canteen | 4/14/2005 | ($8.16) | $0.00 | $0.00 | $14.29 | 94041 | | | |
| Pay-To | 4/14/2005 | $0.00 | $0.00 | ($0.23) | $14.29 | 94488 | | | DST/POSTAGE |
| Pay-To | 4/14/2005 | $0.00 | $0.00 | ($0.23) | $14.29 | 94517 | | | DST/POSTAGE |
| Pay-To | 4/18/2005 | ($0.23) | $0.00 | $0.00 | $14.06 | 95465 | | | DST/POSTAGE |
| Pay-To | 4/18/2005 | ($0.23) | $0.00 | $0.00 | $13.83 | 95494 | | | DST/POSTAGE |
| Canteen | 4/21/2005 | ($13.09) | $0.00 | $0.00 | $0.74 | 97274 | | | |

Ending Mth Balance: $0.74

# Individual Statement

Date Printed: 9/15/2005　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 1

## For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $0.74 |
|---|---|---|---|---|---|---|
| 00173211 | Williams | David | M | | | |

Current Location:　23　　Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/5/2005 | ($0.74) | $0.00 | $0.00 | $0.00 | 102708 | | | |
| Pay-To | 5/19/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | 109515 | | DST/POSTAGE | |

Ending Mth Balance:　$0.00

# Individual Statement

## For Month of June 2005

Date Printed: 9/15/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00173211 | Williams | David | | M | | |
| Current Location: | 23 | | | | | |

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($2.44) | $0.00 | 119539 | | DST/POSTAGE | |
| Pay-To | 6/13/2005 | $0.00 | $0.00 | ($0.69) | $0.00 | 119589 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($1.29) | $0.00 | 122092 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 122142 | | DST/POSTAGE | |
| Pay-To | 6/20/2005 | $0.00 | $0.00 | ($0.46) | $0.00 | 122157 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of July 2005

Date Printed: 9/15/2005                                                              Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00173211 | Williams | David | M | | | |

Current Location: 23      Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 7/7/2005 | $30.00 | $0.00 | $0.00 | $30.00 | 129221 | 253281978 | | M FINNEY |
| Pay-To | 7/7/2005 | ($0.46) | $0.00 | $0.00 | $29.54 | 129492 | | DST/POSTAGE | |
| Pay-To | 7/7/2005 | ($0.37) | $0.00 | $0.00 | $29.17 | 129625 | | DST/POSTAGE | |
| Canteen | 7/14/2005 | ($15.07) | $0.00 | $0.00 | $14.10 | 132005 | | | |
| Pay-To | 7/18/2005 | ($1.98) | $0.00 | $0.00 | $12.12 | 132495 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | ($0.83) | $0.00 | $0.00 | $11.29 | 132508 | | DST/POSTAGE | |
| Canteen | 7/21/2005 | ($4.75) | $0.00 | $0.00 | $6.54 | 134709 | | | |
| Pay-To | 7/21/2005 | ($2.44) | $0.00 | $0.00 | $4.10 | 134865 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.69) | $0.00 | $0.00 | $3.41 | 134903 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.69) | $0.00 | $0.00 | $2.72 | 134910 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.60) | $0.00 | $0.00 | $2.12 | 134968 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($0.46) | $0.00 | $0.00 | $1.66 | 134970 | | DST/POSTAGE | |
| Pay-To | 7/21/2005 | ($1.29) | $0.00 | $0.00 | $0.37 | 135020 | | DST/POSTAGE | |
| Canteen | 7/25/2005 | $4.75 | $0.00 | $0.00 | $5.12 | 135806 | | REFUND | |

Ending Mth Balance:  $5.12

# Individual Statement

Date Printed: 9/15/2005    Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.12 |
|---|---|---|---|---|---|---|
| 00173211 | Williams | David | M | | | |

Current Location: 23    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 8/11/2005 | ($5.11) | $0.00 | $0.00 | $0.01 | 143803 | | | |
| Pay-To | 8/22/2005 | $0.00 | $0.00 | ($3.85) | $0.01 | 147655 | | DST/POSTAGE | |
| Pay-To | 8/22/2005 | $0.00 | $0.00 | ($1.29) | $0.01 | 147702 | | DST/POSTAGE | |

Ending Mth Balance: $0.01



David M. Williams
23.2.11   UNIT M/H 23 A L-7
DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. District Court
844 King St, Lock Box -18
Office of the Clerk
Wilmington, Delaware
19801-3570