In THE United States District Court
For THE District of Delaware

David M. Williams,
    Plaintiff

Thomas Carroll, Dennis Spencer, Department of Corrections.
    Defendant.

05-597-GMS


FILED
OCT 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Copies of Documents

1. Sick Call slip - about medical condition, and Docket Sheet stating Plaintiff Completed Program in 1995.
2. Authorization form. Signed. Exhibits A-1, A-2.

IM David M Williams
SB# 173211  UNIT MHU-23, A Lh
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

U. S. District Court
Clerk - GMS
844 King St - Lock Box 18
Wilmington, Delaware
19801

legal mail