ExHibit A-1, for 05-597-GMS

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page     7
                         ( as of  07/30/2001 )

State of Delaware v.   DAVID M WILLIAMS                    DOB: 11/09/1964
State's Atty: JAMES A RAMBO , Esq.        AKA: DAVID WILLIAMS
Defense Atty:                                  DAVE WILLIAMS

         Event
No.      Date           Event                              Judge
------------------------------------------------------------------------
12       06/20/1995                                        HERLIHY JEROME O.
           LETTER
           TO DEFT FROM JUDGE HERLIHY;
           RESPONDING TO THE DEFT'S LETTER
           OF JUNE 8,1995 IN WHICH THE DEFT
           REQUESTS CLARIFICATION OF THE
           SENTENCE THAT WAS IMPOSED.    JLB
13       07/29/1995
           MOTION FOR REDUCTION OF SENTENCE
           FILED PRO'SE - REFERRED TO JUDGE
           HERLIHY                        DF
14       07/31/1995                                        BARRON TIMOTHY H.
           ORDER
           (#013) IT IS ORDERED THAT DEFT'S
           MOTION IS DENIED               DF
15       11/09/1995                                        HERLIHY JEROME O.
           LETTER
           TO DEFT. YOUR REQUST FOR RED. OF
           SENT. IS DENIED                DF
16       01/19/1996
           MOTION FOR REDUCTION OF SENTENCE
           FILED PRO'SE - REFERRED TO JUDGE
           HERLIHY                        DF
17       01/19/1996                                        HERLIHY JEROME O.
           LETTER
           TO DEFT. YOUR REQUEST FOR RED. OF
           SENT. IS DENIED                DF
18       05/23/1996                                        HERLIHY JEROME O.
           MODIFICATION OF SENTENCE. AS TO IN-93-08-0060, THE SENTENCE ORDER
           DATED 05/05/1996 IS HEREBY MODIFIED AS FOLLOWS:  THE LEVEL 4 PORTION
           OF THE SENTENCE IS SUSPENDED FOR LEVEL 3 BECAUSE THE DEFENDANT
           COMPLETED THE GREENTREE PROGRAM.  IN ALL OTHER RESPECTS, THE
           SENTENCE ORDER DATED 05/05/1996 SHALL REMAIN THE SAME.
19       06/02/1997                                        HERLIHY JEROME O.
           LETTER FROM: JUDGE HERLIHY, TO: DAVID M. WILLIAMS, (ABOVE DEFENDANT),
           RE:  IN RESPONSE TO LETTER DATED MAY 29, 1997.
20       08/04/1997                                        HERLIHY JEROME O.
           NOTICE OF NON-COMPLIANCE TO RULE 61 (MOTION FOR POSTCONVICTION RELIEF)
           SENT TO DEFENDANT. THE MOTION SEEKS CORRECTION OF SENTENCE RATHER
           THAN COLLATERALLY ATTACKING THE JUDGMENT OF CONVICTION; SEE RULE
           61(B)(2).
21       09/02/1997
```

FILED
OCT 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE