Exhibit A-2, for 05-597

NSC
22726

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

David M. Williams
Name (Print)

V-Greentree
Housing Location

11-09-64
Date of Birth

173214
SBI Number

March 31st 2005
Date Submitted

Complaint (What type of problem are you having)?

Back and Right foot problems. Pain in Back, need operation from injury on Job. And screw in Right foot. Cannot do Greentree program due to injuries.

David M. Williams            3-31-05
Inmate Signature             Date

**The below area is for medical use only. Please do not write any further.**

S:
You have been scheduled for medical — ks

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

FILED
OCT 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

A:

P:

E:

RECEIVED
APR 4 2005

Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263