IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID M. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-597 GMS |
| | ) |
| THOMAS CARROLL, DENNIS SPENCER, DEPARTMENT OF CORRECTIONS, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
OCT 1 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, David M. Williams, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $3.40, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated October 3, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 10-11-05 , 2005.

David M. Williams - 173211
Name of Plaintiff

IM David M Williams
SBI# 173211 UNIT MHU-23, ALN
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

U.S. District Court
Clerk - GMS
844 King St - Lock Box 18
Wilmington, Delaware
19801

Legal Mail