In THE United States District Court
For THE District of DeLAWARE

David M. WilliAms,                    )       Civ. no.
            PlaintiFF.                 )
                                       )       05-597-GMS
  # V.                                 )
STANLey TAylor, Et, AL.               )
   Commisioner of Corrections.)

FILED

APR 21 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
B Scanned

        Motion to Amend
Rules of Civil Procedure
   Leave to amend, Rule 15 (a).

A Party May amend the Party's Pleading
once as a matter of Course at any
time before a responsive Pleading is
served or, if the Pleading is one to which
no responsive Pleading is Permitted and
the action has not been Placed upon
the trial Calendar, the Party may so amend
it at any time within 20 days after it is
served. Otherwise a Party may amend
the Party's pleading Only by leave of Court
or by written Consent of the adverse Party;
and leave shall be Freely given when Justice
so Requires.

1.  Rule 15 /C/- (3)
   THE Amendment Changes the Party or the
naming of the Party against Whom a Claim
is asserted if the foregoing Provisions (2)
is satified and, within the ——

— Period provided by Rule 4(m) for service of summons and complaint, the party to be brought in by amendment (A) has received such notice of the institution of the action that the party will not be presudiced in maintaning a defense on the merits, and (B) knew or should have known that, but for a mistake concerning the identity of the proper party, the action would have been brought against the party.

2. Exposure to second hand smoke. Helling v. McKinney, 509 u.s. at 35, (1993)(Prisoner stated an 8th amendment claim where his cell mate smoked 5 packs of cigarettes a day) Lehn v. Holmes, 364 F.3d, 862, 872(7th Cir. 2004); *Atkinson v. Taylor, 316 F.3d, 257 (3rd Cir. 2003); Reilly v. Grayson 310 f.3d, 519 (6th Cir. 2002).

3. THE Eighth amendment is violated when Prison officials "maliciously and sadistically" use force to cause harm", even if Prisoner suffers no serious injury. Hudson v. McMillAn, 503 u.s. 1, 9 (1992).

- 4.

THE inmate Von Simpson, Stated to another Correctional Officer; He had HIV, and hepatitis, diabetes, and prostate Cancer.

5. THE Prison Officials, Should have known that Mr. Von Simpson, needed Expert Medical Care because Mr. Simpson Went to medical everyday and was taking Pain Medicine for the illness' he Possesed.

And he had Prostate Cancer, which caused him to deficate blood, that was HIV..

Mr. Stanley Taylor, was sued by Rodger Atkinson V. Taylor, in 316 F.3d 245 (3rd Cir. 2003. As amended by Rules Of Civil Proceedure Rule 15 (a) Mr. Stanley Taylor.

THE Prison dileberately tried to infect me with HIV, by placing me in a Cell with a person who was deficating HIV, blood, which made me sick, and weak, as to I couldn't move for Hours. ~~Attempted Murder~~ by Prison offials!

Pursuant to Rule 15, Civil Proceedure, Petitioner amends Complaint to include Stanley Taylor as defendant Rule 15 Civil Rules of Proceedure; /C/ - (3).

Wherefore, petitioner prays this honorable Court Grant him relief to which he may be entitled, pursuant to Civil Rule 15(a)-(c)(3).

#173211 /s/ David M Williams
1181 Paddock, Road
Smyrna, Delaware
19977.
Pro-Se-Litigant.

I/M David M. Williams
SBI# 173211    UNIT MHU-23.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39°
02 1A
0004608975    APR 20 2006
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

U.S.M.S.
X-R

United States District Court
Lock Box 18
844 King St - U.S.M.S.
Wilmington Delaware
19801